IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHEILA VANN REESE,**

      **Plaintiff,**

v.                                    Case No. 5:14cv59-MW/EMT

**NANCY A. BERRYHILL,**
**Acting Commission of**
**Social Security,**

      **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 36. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Commissioner's decision denying benefits is **REVERSED**. This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further

1

proceedings consistent with the report and recommendation." The Clerk shall close the file.

    **SO ORDERED on March 23, 2017.**

                                       <u>**s/Mark E. Walker**</u>         
                                       **United States District Judge**