IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHEILA VANN REESE,**

    **Plaintiff,**

v.                                                      Case No. **5:14cv59-MW/EMT**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social**
**Security,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 44. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The Petition for Attorney Fees under the Equal Access to Justice Act, ECF No. 39, is **GRANTED** as follows:

1. Plaintiff shall recover fees in the amount of **$6,612.27**, for time expended by her counsel in representing her before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA). The fee award is subject to an

1

offset to satisfy any qualifying outstanding debt that Plaintiff may owe to the United States.

2. If Plaintiff receives all or any portion of the EAJA fee award, it shall be mailed to her in care of her attorney, Douglas Dale Mohney, Avard Law Offices, PA, Post Office Box 101110, Cape Coral, Florida 33910."

The Clerk shall close the file.

**SO ORDERED on July 5, 2017.**

                                       **s/Mark E. Walker**
                                       **United States District Judge**